# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KULVIR SINGH,<br><br>        Petitioner,<br><br>        v.<br><br>FIELD OFFICE DIRECTOR LOS ANGELES FILED OFFICE, et al.,<br><br>        Respondents. | Case No. 5:24-cv-01117-FWS-SP<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order Granting Voluntary Dismissal,

**IT IS HEREBY ADJUDGED** that the Petition is denied and this action is dismissed without prejudice.

Dated: October 11, 2024

                                          Hon. Fred W. Slaughter
                                          UNITED STATES DISTRICT JUDGE